IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHHHOTO Inc.<br><br>　　　　　　Plaintiff,<br><br> -against-<br><br>Meta Platforms, Inc. f/k/a Facebook, Inc. and DOES Nos. 1-7,<br><br><br>　　　　　　Defendants. | Case No. 1:21-cv-06159<br><br><br><br>**NOTICE OF APPEARANCE**<br><br>Jury Trial Demanded |

**PLEASE TAKE NOTICE** that the undersigned counsel, who is admitted to practice before this court, hereby appears for Plaintiff PHHHOTO Inc. and requests that all further papers and correspondence be served upon him.

Dated: November 8, 2021                     Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By: */s/ Irving Scher*

　　　　　　　　　　　　　　　　　　　　Irving Scher
　　　　　　　　　　　　　　　　　　　　**HAUSFELD LLP**
　　　　　　　　　　　　　　　　　　　　33 Whitehall Street
　　　　　　　　　　　　　　　　　　　　14th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　Tel: 646-357-1100
　　　　　　　　　　　　　　　　　　　　Fax: 212-202-4322
　　　　　　　　　　　　　　　　　　　　ischer@hausfeld.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*PHHHOTO Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: November 8, 2021                               Respectfully submitted,

                                                                                       By: */s/ Irving Scher*
                                                                                           Irving Scher