# HAUSFELD.

33 Whitehall Street
14th Floor
New York, NY 10004

**SCOTT A. MARTIN**
**PARTNER**

E smartin@hausfeld.com
T +1 646 357 1100
DD +1 646 357 1195

March 11, 2022

**BY ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *PHHHOTO Inc. v. Meta Platforms, Inc., et al.*, No. 1:21-cv-06159-KAM-RLM

Dear Judge Matsumoto:

On behalf of Plaintiff PHHHOTO Inc. ("Phhhoto"), we hereby advise the Court and Defendant Meta Platforms, Inc. that Phhhoto intends to amend its Complaint. As directed by the Court, Phhhoto will file its Amended Complaint on or before March 21, 2022.

Respectfully submitted,

Scott Martin

cc: Counsel of Record (by ECF)