KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

June 6, 2022

*Via ECF and FedEx*

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Phhhoto Inc. v. Meta Platforms, Inc., et al.*, No. 21-cv-06159-KAM-RLM

Dear Judge Matsumoto:

    Pursuant to the Court's Order of March 10, 2022, Defendant Meta Platforms, Inc. ("Meta") has filed the following documents via ECF today: (1) Notice of Defendant Meta Platforms, Inc.'s Motion To Dismiss Amended Complaint; (2) Memorandum in Support of Meta Platforms, Inc.'s Motion To Dismiss Phhhoto Inc.'s Amended Complaint; and (3) Meta Platforms, Inc.'s Reply in Support of Its Motion To Dismiss Phhhoto Inc.'s Amended Complaint. Meta will deliver this cover lever and two courtesy copies of the foregoing materials to Your Honor's Chambers.

                                      Respectfully submitted,

                                      */s/ Aaron M. Panner*

                                      Aaron M. Panner

Enclosures (3)