March 6, 2025

**By ECF**

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    ***PHHHOTO Inc. v. Meta Platforms, Inc., et al.***, No. 1:21-cv-06159-KAM-LB

Dear Judge Bloom:

    Plaintiff Phhhoto Inc. and Defendant Meta Platforms, Inc., in response to Your Honor's March 4, 2025 text order, hereby confirm that they each will appear with a client representative at a settlement conference on **Tuesday, March 18, 2025, beginning at 2:30 p.m.** in Courtroom 11A South.

Respectfully Submitted,

|  |  |
|---|---|
| */s/ Scott Martin* | */s/ Aaron M. Panner* |
| Scott Martin | Aaron M. Panner |
| *Counsel for Plaintiff Phhhoto Inc.* | *Counsel for Defendant Meta Platforms, Inc.* |