IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHHHOTO Inc.<br><br>*Plaintiff,*<br><br>v.<br><br>Meta Platforms, Inc. f/k/a Facebook, Inc. and DOES Nos. 1-7,<br><br>*Defendants.* | Case No. 1:21-cv-06159-KAM-LB<br><br>**STIPULATED ORDER OF DISMISSAL OF COUNTS TWO AND THREE OF THE AMENDED COMPLAINT WITH PREJUDICE** |

WHEREAS, the parties appeared for a pre-motion and status conference with the Court on February 27, 2025;

WHEREAS, Plaintiff PHHHOTO Inc. ("Phhhoto") offered at the February 27, 2025 conference to dismiss its state law claims set forth in Count Two (Fraud) and Count Three (Unfair Competition) of the Amended Complaint (ECF No. 22) in the interest of expediting the progress of this litigation, including discovery herein; and

WHEREAS, the Court has directed that Phhhoto and Defendant Meta Platforms, Inc. ("Meta") prepare a stipulation concerning dismissal of Phhhoto's state law claims with prejudice.

IT IS HEREBY STIPULATED AND AGREED by Phhhoto and Meta, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that Counts Two and Three of the Amended Complaint shall be dismissed with prejudice.

DATED:   March 6, 2025

| | |
|---|---|
| HAUSFELD LLP<br>*Attorneys for Plaintiff* | KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK, P.L.L.C.<br>*Attorneys for Defendant* |
| */s/ Scott Martin*<br>Scott Martin<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Phone: (646) 357-1195<br>Fax: (212) 202-4322<br>smartin@hausfeld.com | */s/ Aaron M. Panner*<br>Aaron M. Panner<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Phone: (202) 326-7900<br>Fax: (202) 326-7999<br>apanner@kellogghansen.com |

**IT IS SO ORDERED.**

s/KAM

KIYO A. MATSUMOTO
United States District Judge
Eastern District of New York

**Dated**: March 7, 2025