IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHHHOTO Inc.<br><br>*Plaintiff,*<br><br>v.<br><br>Meta Platforms, Inc. f/k/a Facebook, Inc. and DOES Nos. 1-7,<br><br>*Defendants.* | Case No. 1:21-cv-06159-KAM-LB |

**PLAINTIFF PHHHOTO INC.'S NOTICE OF
SUPPLEMENTAL AUTHORITY**

On behalf of Plaintiff PHHHOTO Inc. ("Phhhoto"), we hereby inform the Court of subsequent history concerning a case that was discussed at length by both sides in connection with the pending renewed motion to dismiss by Defendant Meta Platforms, Inc. ("Meta").

A petition for writ of certiorari to the Supreme Court was filed on February 21, 2025 by the defendant-appellant in *Duke Energy Carolinas, LLC v. NTE Carolinas II, LLC*, 111 F.4th 337 (4th Cir. 2024). *Duke Energy* held, *inter alia*, that in a course of conduct claim, "alleged anticompetitive conduct must be considered as a whole." *Id.* at 354.

In the Parties' joint pre-motion submission, Phhhoto cited the case to show that since the filing of its complaint, "the case law has become even clearer and more favorable to Phhhoto's claims," ECF 41 at 3, particularly given that in *Duke Energy*, the Fourth Circuit upheld a course of conduct claim made up of numerous actions, none of which violated the antitrust laws standing alone.

1

In Meta's pre-motion letter, ECF 43 at 3, and its Supplemental Memorandum in support of its renewed motion to dismiss, ECF 50 at 18, Meta sought to distinguish *Duke Energy*. Phhhoto responded that various anticompetitive acts in Meta's scheme individually constitute antitrust violations under settled law, and, hence, Phhhoto has satisfied an even stricter legal standard than the one enunciated in *Duke Energy*. ECF 51 at 16–17.

On January 12, 2026, the Supreme Court denied the petition for certiorari in *Duke Energy*. *Duke Energy Carolinas v. NTE Carolinas II, LLC*, No. 24-917, 2026 WL 79821 (U.S. Jan. 12, 2026) (denying cert.).

Dated:  February 2, 2026

/s/ Scott Martin
Scott Martin
Yixi (Cecilia) Cheng (*pro hac vice forthcoming*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor New York, NY 10004
Tel.: (646) 357-1100
smartin@hausfeld.com
ccheng@hausfeld.com

Sathya Gosselin (*pro hac vice forthcoming*)
Ian Engdahl (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
Fax: (202) 540-7201
sgosselin@hausfeld.com
iengdahl@hausfeld.com

Megan E. Jones (*pro hac vice forthcoming*)
**HAUSFELD LLP**
580 California Street 12th Floor
San Francisco, CA 94104
Tel.: (415) 633-1908
Fax: (415) 633-4980
mjones@hausfeld.com

Gary L. Reback (*pro hac vice*)
**LAW OFFICES OF GARY L. REBACK**

320 Escobar Road
Portola Valley, CA 94208
Tel.: (650) 207-0003
gary@rebacklawoffices.com

**Counsel for Plaintiff PHHHOTO Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I caused a true and correct copy of the foregoing PLAINTIFF PHHHOTO INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY to be served on all counsel of record via the Court's CM/ECF system, which automatically provides notice and service to all registered users.

Dated: New York, New York
       February 2, 2026

                                              */s/ Scott Martin*
                                              Scott Martin