IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHHHOTO INC., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and DOES NOS. 1-7, <br><br> Defendants. | Case No. 1:21-cv-06159-KAM-LB |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I move this Court for leave to withdraw as attorney of record for Defendant Meta Platforms, Inc. ("Meta") in the above-captioned action. I further request that the Clerk of the Court remove my name from the service list for this matter.

In support of this motion I declare as follows:

1. I am an attorney at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and am admitted to practice before this Court.

2. As of March 2, 2026 I will no longer be associated with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

3. Meta will continue to be represented by Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

4. My withdrawal will not affect any current deadline in this action.

5. I am not asserting or retaining or charging a lien in connection with my withdrawal.

6. A copy of this motion is being served on Meta and all other parties pursuant to Local Rule 1.4.

Dated: March 2, 2026

                                       Respectfully submitted,

                                       */s/ Alex P. Treiger*
                                       ALEX P. TREIGER (*pro hac vice*)
                                       KELLOGG, HANSEN, TODD,
                                           FIGEL & FREDERICK, P.L.L.C.
                                       1615 M Street, N.W., Suite 400
                                       Washington, D.C. 20036
                                       (202) 326-7900
                                       atreiger@kellogghansen.com

                                       *Counsel for Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically via CM/ECF.

>  */s/ Alex P. Treiger*
>  ALEX P. TREIGER (*pro hac vice*)