KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE

1615 M STREET, N.W.

SUITE 400

WASHINGTON, D.C. 20036-3215

─────

(202) 326-7900

FACSIMILE:

(202) 326-7999

May 1, 2026

**Via ECF**

Honorable Kiyo A. Matsumoto
Honorable Magistrate Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Phhhoto Inc. v. Meta Platforms, Inc.*, *et al.*, No. 21-cv-06159-KAM-SDE

Your Honors:

Defendant Meta Platforms, Inc. ("Meta"), by and through its attorneys, respectfully requests that the Court set a deadline of June 12, 2026, for Meta to file an answer to the amended complaint filed by Plaintiff Phhhoto Inc. ("Phhhoto").

This Court denied Meta's motion to dismiss the amended complaint on March 30, 2026. *See* Dkt. 61.  In docket text accompanying its order, the Court ordered the parties to proceed by filing a joint letter seeking a settlement conference by April 6, 2026.  After the parties filed their letter, the Magistrate Judge set a settlement conference for April 29, 2026, and held *ex parte* conferences with the parties.  The parties, in consultation with the Magistrate Judge, ultimately agreed that a settlement conference would not be productive at this time and jointly moved to adjourn the settlement conference.  *See* Dkt. 69.  On April 28, 2029, the Magistrate Judge adjourned the settlement conference, and calendared the initial conference for May 20, 2026. *See* Dkt. 70.

Meta has conferred with Phhhoto regarding its request, and Phhhoto has consented to the proposed deadline.  Meta requires additional time to answer the amended complaint due to the length of the complaint and the need to complete the investigation into the complaint's factual allegations, which concern events that occurred more than a decade ago.  Meta sought an extension earlier in this litigation to answer or respond to the initial complaint, which this Court granted.  *See* Dkts. 14.  A proposed order is attached.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hons. Matsumoto and Eichenholtz
May 1, 2026
Page 2

Respectfully submitted,

*/s/  Aaron M. Panner*
Aaron M. Panner

cc:  Counsel of record (via ECF)