**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| PHHHOTO INC., | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 1:21-CV-06159-KAM-SDE |
| META PLATFORMS, INC. and DOES NOS. 1-7, | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

This Court, having considered the letter motion filed by Defendant Meta Platforms, Inc.

("Meta"), which is unopposed, finds that the motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Meta's answer is due on June 12, 2026.

_____

Dated: