**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHHHOTO Inc.<br>*Plaintiff,*<br>v.<br>META PLATFORMS, INC.<br>*Defendants.* | Case No. 1:21-cv-06159-KAM-SDE<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Natalie E. Giotta, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia and the state of Maryland.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Attorney registration number: 90033245, State Bar of the District of Columbia.
8. Attorney registration number: 231060008, State Bar of Maryland.
9. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel

and advocate *pro hac vice* in case no. 1:21-cv-06159 for Defendant Meta Platforms, Inc.

Dated: November 5, 2026
Washington, DC

Respectfully submitted,

By: ______________________

NOTARIZED

Natalie E. Giotta (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square
1615 M Street N.W.
Suite #400
Washington, DC 20036
Tel: (202) 367-7832
Fax: (202) 326-7999
ngiotta@kellogghansen.com
*Attorney for Defendant Meta Platforms, Inc.*




District of Columbia
Signed and sworn to (or affirmed) before me
on 11/4/2026 by Natalie E. Giotta
Date — Name(s) of Individual(s) making Statement

______________________
Signature of Notarial Officer

Beckett Fordahl - Notary Public, District of Columbia
My commission expires April 30, 2031