**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHHHOTO Inc.<br>*Plaintiff,*<br>v.<br>META PLATFORMS, INC.<br>*Defendants.* | Case No. 1:21-cv-06159-KAM-SDE<br><br>**ADMISSION TO PRACTICE *PRO HAC VICE*** |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Natalie E. Giotta is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Meta Platforms, Inc.

This order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated:

______________________________
Seth D. Eichenholtz
Magistrate Judge